IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCHE DIAGNOSTICS CORPORATION, | : |
| Plaintiff, | : |
| vs. | : C.A. No. 13-cv-01936-PGG |
| ANALYTICAL DIAGNOSTICS LAB OF NEW YORK, INC., | : **JURY TRIAL DEMANDED** |
| Defendant. | : |

## NOTICE OF SERVICE OF DISCOVERY

I, Michael J. Barrie, Esquire, hereby certify that on October 21, 2013, true and correct copies of

*Plaintiff Roche Diagnostics Corporation's Answers to Defendant's First Set of Interrogatories* and

*Plaintiff Roche Diagnostics Corporation's Objections and Responses to Defendant's First Request for Production* were served via First Class Mail upon the following:

> Joseph Zelmanovitz, Esquire
> STAHL & ZELMANOVITZ
> 747 Third Avenue, Suite 33B
> New York, NY  10017

Dated:  October 21, 2013

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:  */s/ Michael J. Barrie*
Michael J. Barrie, Esquire
222 Delaware Avenue, Suite 801
Wilmington, DE  19801
(302) 442-7068
mbarrie@beneschlaw.com

- and -

Benesch, Friedlander, Coplan & Aronoff LLP
White Plains Center
50 Main Street, Suite 1000
White Plains, NY  10606
(914) 682-6812

*Counsel for the Plaintiff*