IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCHE DIAGNOSTICS CORPORATION, | : |
| Plaintiff, | : |
| vs. | : C.A. No. 13-cv-1936-VEC |
| ANALYTICAL DIAGNOSTICS LAB OF NEW YORK, INC. and ANALYTICAL DIAGNOSTICS LABORATORIES, INC., | : **JURY TRIAL DEMANDED** |
| Defendants. | : |

## NOTICE OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Roche Diagnostics Corporation, by and through its undersigned counsel, hereby moves under Fed. R. Civ. P. 56 for partial summary judgment striking Defendants' Second Affirmative Defense and dismissing Defendants' First Cause of Action of their Counterclaim. The factual and legal grounds for the Motion are set forth in the accompanying memorandum of law, which is filed contemporaneously herewith and incorporated herein by reference as if set forth in full.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

1

Further, pursuant to the Local Civil Rule 56.1, Plaintiff's Statement of Material Undisputed Facts in Support of its Motion for Partial Summary Judgment is annexed hereto as **Exhibit A** and incorporated herein by reference as if set forth in full.

Dated:  July 31, 2014    Respectfully submitted,

        By: */s/ Michael J. Barrie*
        Michael J. Barrie, Esquire
        Benesch, Friedlander, Coplan & Aronoff LLP
        222 Delaware Avenue, Suite 801
        Wilmington, DE  19801
        (302) 442-7068

        - and -

        Benesch, Friedlander, Coplan & Aronoff LLP
        White Plains Center
        50 Main Street, Suite 1000
        White Plains, NY  10606
        (914) 682-6812
        *Counsel for the Plaintiff*