```
                                                      USDC SDNY
                                                      DOCUMENT
UNITED STATES DISTRICT COURT                          ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                         DOC #:_____
-------------------------------------------------------------- X  DATE FILED: 10/16/2015
                                                :
ROCHE DIAGNOSTICS CORPORATION,                  :
                                                :            13-CV-1936 (VEC)
                              Plaintiff,        :
                                                :                 ORDER
              -against-                         :
                                                :
ANALYTICAL DIAGNOSTICS LAB OF NEW               :
YORK, INC. and ANALYTICAL DIAGNOSTICS           :
LABORATORIES, INC.,                             :
                                                :
                              Defendants.       :
                                                :
-------------------------------------------------------------- X
                                                :
ANALYTICAL DIAGNOSTICS LAB OF NEW               :
YORK, INC. and ANALYTICAL DIAGNOSTICS           :
LABORATORIES, INC.,                             :
                                                :
                         Counter-Claimants,     :
                                                :
              -against-                         :
                                                :
ROCHE DIAGNOSTICS CORPORATION,                  :
                                                :
                         Counter-Defendant.     :
                                                :
-------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

On October 16, 2015, the parties reported to the Court that they have reached a settlement of this matter.

Accordingly, it is hereby ORDERED that:

1. The trial scheduled to begin on October 20, 2015 at 10:00 a.m. is CANCELLED.

2. This action will be dismissed without costs (including attorneys' fees) to either party

    on **November 16, 2015** unless before that date one or more of the parties files a letter

with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement.

If the parties wish for the Court to retain jurisdiction over their settlement agreement, not later than **November 16, 2015**, they must submit the settlement agreement to the Court in accordance with Rule 5.A of the Court's Individual Practices, along with a request that the Court issue an order expressly retaining jurisdiction to enforce their settlement agreement. *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

**SO ORDERED.**

Date:   October 16, 2015
        New York, NY

VALERIE CAPRONI
United States District Judge